FILED

**NOT FOR PUBLICATION**

SEP 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ADAN ARIAS-GUTIERREZ, | No. 08-73575 |
| Petitioner, | Agency No. A098-458-522 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Jose Adan Arias-Gutierrez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for cancellation of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review Arias-Gutierrez's ineffective assistance of counsel claim because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

Arias-Gutierrez's remaining contentions are unavailing.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

08-73575